IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

JOHNATHAN BRANDT,                §
TDCJ-CID NO. 1473331,            §
                                §
            Plaintiff,           §
                                §
v.                              §        CIVIL ACTION NO. H-12-2666
                                §
TEXAS DEPARTMENT OF CRIMINAL     §
JUSTICE - HOLIDAY UNIT,          §
                                §
            Defendant.           §

## FINAL JUDGMENT

This action is **DISMISSED WITHOUT PREJUDICE** for the reasons stated in this court's Memorandum Opinion and Order entered this date.

This is a **FINAL JUDGMENT**.

**SIGNED** at Houston, Texas, on this 12th day of October, 2012.

_____
SIM LAKE
UNITED STATES DISTRICT JUDGE