IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JOHNATHAN BRANDT,<br>TDCJ-CID NO. 1473331,<br><br>        Plaintiff,<br><br>v.<br><br>TEXAS DEPARTMENT OF CRIMINAL<br>JUSTICE - HOLIDAY UNIT,<br><br>        Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. H-12-2666 |

## FINAL JUDGMENT

This action is **DISMISSED WITHOUT PREJUDICE** for the reasons stated in this court's Memorandum Opinion and Order entered this date.

This is a **FINAL JUDGMENT**.

**SIGNED** at Houston, Texas, on this 12th day of October, 2012.

SIM LAKE
UNITED STATES DISTRICT JUDGE